# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 11/10/2014 |
| Case: 8−11−72686−reg | Form ID: 256 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
aty      Marc A Pergament      mpergament@wgplaw.com

                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Delphin B. Sanchez      616 Leonard Avenue      Uniondale, NY 11553
tr      Michael J. Macco      135 Pinelawn Road      Suite 120 South      Melville, NY 11747
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza − Room 560      Central Islip, NY 11722−4437
7166772      Capital One      P.O. Box 790216      St. Louis, MO 63179−0216
7166773      Chase      National Legal Processing      451 Florida Street, 3rd Floor      Baton Rouge, LA 70826
7166774      Chase Home Finance LLC      3415 Vision Drive      Columbus, OH 43219−6009
7166775      Chase Home Finance LLC (Wamu)      3415 Vision Drive      Columbus, OH 43219−6009
7307626      Deutsche Bank National Trust Company, as Trustee f      c/o Shaprio Dicaro and Barak      105 Maxess Road, Suite N109      Melville, NY 11747
7351020      HSBC Bank USA, N.A.      C/O HSBC Mortgage Corporation (USA)      P.O. Box 21188      Eagan, MN 55121
7190515      HSBC Mortgage Corporation      2929 Walden Avenue      Depew, NY 14043
7255137      HSBC Mortgage Corporation      2929 Walsen Avenue      Depew, NY 14043
7191995      HSBC Mortgage Services, Inc.      c/o Aldridge Connors LLP      780 Johnson Ferry Rd. NE #600      Atlanta, GA 30342
7174734      J.P. MORGAN CHASE BANK, N.A.      c/o Shermeta, Adams &Von Allmen, P.C.      P.O. Box 80908      Rochester Hills, MI 48308−0908
7202151      JPMorgan Chase Bank, National Association      c/o Shapiro Dicaro and Barak, LLC      105 Maxess Road, Suite N109      Melville, NY 11747
7213128      JPMorgan Chase Bank, National Association      c/o Shapiro Dicaro and Barak, LLC      105 Maxess Road, Suite N109      Melville, NY 11747
8139256      Long Beach Mortgage Loan Trust 2006−8      Serviced by Select Portfolio Servicing,      3815 South West Temple      Salt Lake City, UT 84115
7166776      NYC Department of Finance      345 Adams Street, 3rd Floor      Brooklyn, NY 11201−3719      Attn: Legal Affairs Division
7178318      Weinberg, Gross &Pergament LLP      400 Garden City Plaza, Suite 403      Garden City, New York 11530      Attn: Marc A. Pergament, Esq.
7174659      Wells Fargo Bank      1 Home Campus      MAC X2303−01A      Des Moines IA 50328
7166777      Wells Fargo Bank      c/o Kirshenbaum &Phillips, P.C.      3000 Hempstead Turnpike, 4th Floor      Levittown, NY 11756

                                                                                                               TOTAL: 20