# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−11−72686−reg |
| Delphin B. Sanchez | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−7939 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Michael J. Macco (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 13 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman<br>United States Bankruptcy Judge

Dated: December 9, 2014

**BLfnld13** [Final Decree rev 08/07/06]