# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 12/09/2014 |
| Case: 8–11–72686–reg | Form ID: 206 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Michael J. Macco      ecf@maccosternlaw.com
aty     Marc A Pergament     mpergament@wgplaw.com

                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Delphin B. Sanchez      616 Leonard Avenue      Uniondale, NY 11553
smg     United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560
            Federal Plaza – Room 560     Central Islip, NY 11722–4437

                                            TOTAL: 2